**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

**COURTROOM MINUTE SHEET**
**CIVIL PROCEEDINGS**

**Date** February 22, 2018    **Judge** Audrey G. Fleissig    **Case No:** 4:17cv00806 AGF
Isreal Sanchez                           v.   Centene Cort et al
**Court Reporter** P. Dunn Wecke    **Deputy Clerk** K. Battle
**Attorney(s) for Plaintiff(s)** Brandon Marsh, Julia Johnson, & Michael Flannery
**Attorney(s) for Defendants(s)** Christopher Smith, Joseph Conran, Peter Morrison, & Winston Hsiao

**Parties present for an** Oral Argument. The Court hears argument from parties. Matter taken under submission.

**Proceedings commenced**   1:45pm    **Proceedings concluded**   3:30pm