UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ISRAEL SANCHEZ, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CENTENE CORP., MICHAEL F. NEIDORFF, and JEFFREY A. SCHWANEKE,<br><br>Defendants. | Case No. 4:17-cv-00806-AGF |

**LEAD PLAINTIFF'S UNOPPOSED MOTION FOR AN ORDER
PRELIMINARILY APPROVING CLASS ACTION SETTLEMENT
AND AUTHORIZING DISSEMINATION OF NOTICE OF SETTLEMENT**

TO:   All Counsel of Record

PLEASE TAKE NOTICE that based on the Stipulation and Agreement of Settlement dated March 5, 2020 (the "Stipulation"), attached hereto as Exhibit 1; the accompanying memorandum of law; and all other papers and proceedings herein, Lead Plaintiff Louisiana Sheriffs' Pension & Relief Fund ("Lead Plaintiff") hereby moves this Court, under Rule 23(e)(1) of the Federal Rules of Civil Procedure, for entry of an order: (i) preliminarily approving the proposed Settlement; (ii) approving the form and manner of giving notice of the proposed Settlement to Settlement Class Members; and (iii) scheduling a hearing to consider final approval of the Settlement and approval of the Plan of Allocation and Lead Counsel's motion for

attorneys' fees and expenses.[1]  The Parties' agreed-upon [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement Not is attached hereto as Exhibit 2.  Defendants do not oppose the Motion, in accordance with the terms of the Stipulation.

Dated:  March 12, 2020                               Respectfully submitted,

/s/ Michael J. Flannery
**CUNEO GILBERT & LADUCA, LLP**
Michael J. Flannery
Bar No. 52714 (MO)
mflannery@cuneolaw.com
7733 Forsyth Boulevard, Suite 1675
Clayton, MO 63105
Tel: (314) 226-1015
Fax: (202) 789-1813

*Liaison Counsel for Lead Plaintiff Louisiana Sheriffs' Pension & Relief Fund and the Settlement Class*

**BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP**
Jonathan D. Uslaner (*pro hac vice*)
Bar No. 256898 (CA)
jonathanu@blbglaw.com
Lauren M. Cruz (*pro hac vice*)
lauren.cruz@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel:  (310) 819-3470

*Counsel for Lead Plaintiff Louisiana Sheriffs' Pension & Relief Fund and Lead Counsel for the Settlement Class*

---

[1] All capitalized terms used herein that are not otherwise defined herein have the meanings ascribed to them in the Stipulation.

**KLAUSNER, KAUFMAN, JENSEN & LEVINSON**
Robert D. Klausner
bob@robertdklausner.com
7080 NW 4th Street
Plantation, Florida 33317
(954) 916-1202
(954) 916-1232 (fax)

*Additional Counsel for Louisiana Sheriffs' Pension & Relief Fund*

#1367333