UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ISRAEL SANCHEZ, et al., )
)
    Plaintiff(s), )
)
v. ) Case No. 4:17-CV-00806-AGF
)
CENTENE CORP., et al., )
)
    Defendant(s). )
)

## ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT

Complete one option and file this report with the Clerk's Office

### Option 1

[ ] The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* **If the parties require more time to complete mediation, lead counsel must file a motion with the Court.**

### Option 2

[X] An ADR conference was held on: __January 29, 2020__.

All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered:
_____.

The ADR referral was concluded on __January 29, 2020__.
The parties [X did □ did not] achieve a settlement. Check one

### Option 3

[ ] Although this case was referred to ADR, a conference WAS NOT HELD.

Date: __MARCH 13, 2020__   Neutral: _/s/ Michelle Yoshida_

MICHELLE YOSHIDA
Signature