UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ISRAEL SANCHEZ, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>CENTENE CORP., et al.,<br><br>    Defendants.<br><br>SUNIL CHAND, et al.,<br><br>    Movants. | Case No. 4:17CV00806 AGF |

## ORDER

In accordance with the Court's administrative orders addressing the COVID-19 pandemic,

**IT IS HEREBY ORDERED** that the hearing on Plaintiffs' motion for final approval of settlement, set for **October 26, 2020**, at **10:00 AM**, shall take place via Zoom videoconference.   Participation information will be sent to counsel for the parties via email.

**IT IS FURTHER ORDERED** that, pursuant to the Notice of Settlement, instructions for Class Members wishing to observe or participate in the hearing by video shall be posted to the Settlement website: www.CenteneSecuritiesLitigation.com.   For security, Class Members may be directed to contact Lead Counsel for password credentials.

**IT IS FURTHER ORDERED** that Class Members and any member of the public wishing to listen to the hearing by audio only may do so by calling: 1-669-254-5252 and entering the meeting ID 161 444 0464.   This information shall also be posted to the Settlement website.

                                                                                           _____
                                                                                           AUDREY G. FLEISSIG
                                                                                           UNITED STATES DISTRICT JUDGE

Dated this 13th day of October 2020.